UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DINA MARLENE MCCORMICK,

    Plaintiff,

v.                                              Case No: 3:13-cv-1442-J-39JBT

COMMISSIONER OF SOCIAL
SECURITY and SSA,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on the Report and Recommendation (Doc. 25; Report) entered by the Honorable Joel B. Toomey, United States Magistrate Judge, on October 14, 2014. Plaintiff is appealing an administrative decision denying her application for period of disability and disability-insurance benefits. The parties filed legal memoranda along with the administrative record, and upon review of these filings, the Magistrate Judge issued the Report in which he recommended that the final decision of the Commissioner of Social Security (the "Commissioner") be affirmed. Plaintiff did not file any objections to the Report and the time for doing so has now passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district judge is not required to conduct a *de novo* review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, a district judge reviews legal

conclusions *de novo,* even in the absence of an objection.  See Cooper–Houston v. Southern Ry., 37 F.3d 603, 604 (11th Cir. 1994).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the factual and legal conclusions recommended by the Magistrate Judge.  Accordingly, it is hereby

**ORDERED:**

1. The Report and Recommendation (Doc. 25) of the Magistrate Judge is **ADOPTED** as the opinion of the Court.

2. Pursuant to sentence four of 42 U.S.C. § 405(g), as incorporated by § 1383(c)(3), the decision of the Commissioner is **AFFIRMED**.

3. The Clerk is directed to enter judgment accordingly and to close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 25th day of November, 2014.

_____
BRIAN J. DAVIS
United States District Judge

mw
Copies furnished to:
The Honorable Joel B. Toomey
United States Magistrate Judge

Counsel of Record